IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00800-RPM

ROBERT FRASER,

    Plaintiff,

v.

AVAYA INC., a Delaware corporation, and
THE AVAYA INC. SICKNESS AND ACCIDENT DISABILITY PLAN,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


    Oral arguments on post-remand briefs on the third claim for relief are set for **August 21, 2012, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED:   July 30th, 2012