IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00800-RPM

ROBERT FRASER,

    Plaintiff,

v.

AVAYA INC., a Delaware corporation, and
THE AVAYA INC. SICKNESS AND ACCIDENT DISABILITY PLAN,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [135] filed March 14, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    Dated:   March 17th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge